JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail: John.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
E-Mail: glibet@sbcglobal.net

Attorneys for Plaintiff KEDRIC MABRY

TRICIA L. HYNES, Esq./ State Bar # 212550
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108
E-Mail: thynes@myersnave.com

Attorneys for Defendants
CITY OF SAN LEANDRO, POLICE CHIEF IAN WILLIS,
OFFICER ANTHONY MORGAN and OFFICER TROY YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEDRIC MABRY,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, a governmental entity; IAN WILLIS, in his capacity as Chief of Police for CITY OF SAN LEANDRO; ANTHONY MORGAN and TROY YOUNG, individually, and in their capacity as police officers for CITY OF SAN LEANDRO; and DOES 1-25, inclusive,<br><br>               Defendants. | Case No: C10-01127 WHA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION CONFERENCE** |

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. The parties have not yet served written discovery on each other, which will, of course, not be responded to until at least 33 days after service.  Also, counsel have not yet conducted any depositions in this case;

2. The mediator assigned to this case, Catherine A. Yanni, JAMS Mediator, has agreed via an E-mail from Ms. Sarah Nevins, Case Manager, JAMS, that she has no objection to the parties requesting this extension of time;

3. Plaintiff's counsel feels that they cannot conduct a meaningful Mediation Conference until preliminary written discovery and depositions have been completed; and,

4. Therefore, Plaintiff's counsel requests that this Court extend the time for completion of Mediation Conference from the presently scheduled date for completion, September 22, 2010, to a date sixty (60) to ninety (90) days from that date.  Defense counsel has no objections to this extension.

Dated:  August 30, 2010                           Respectfully submitted,

                                                  LAW OFFICES OF GAYLA B. LIBET

                                                  _____/S/  Gayla B. Libet_____
                                                  GAYLA B. LIBET, Esq.
                                                  Attorneys for Plaintiff

Dated:  August 30, 2010                           Respectfully submitted,

                                                  LAW OFFICES OF JOHN L. BURRIS

                                                  _____/S/  John L. Burris_____
                                                  JOHN L. BURRIS, Esq.
                                                  Attorneys for Plaintiff

Dated:  August 30, 2010                           Respectfully submitted,

                                                  MYERS, NAVE, RIBACK, SILVER & WILSON

                                                  _____/S/  Tricia L. Hynes_____
                                                  TRICIA L. HYNES, Esq.
                                                  Attorneys for Defendants

1

Stipulation and ~~Proposed~~ Order for Extension to Complete Mediation [C10-01127 WHA]

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **This extension of the mediation deadline does not impact any other dates set by the Court.**  Both sides must continue to prepare for trial.

Dated:   August 31, 2010.

_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

1505852.1